# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEW MEXICO

**CHARLES A. NIEDERSTADT,**

> **Plaintiff,**

v.                                                             **No. 18-cv-0929 WJ/SMV**

**SOUTHERN DEPARTMENT OF
CORRECTIONS OF NEW MEXICO
and STATE OF NEW MEXICO,**

> **Defendants.**

## ORDER EXTENDING CURE DEADLINE

THIS MATTER is before the Court on Plaintiff's Responses [Docs. 9, 10] to the Order to Cure Deficiency [Doc. 5] entered October 29, 2018. That Order fixed a deadline of November 28, 2018, for Plaintiff to submit a civil rights complaint on the proper form and prepay the $400 filing fee. [Doc. 5]. Plaintiff contends he can only make the payment after he is released from prison on December 10, 2018. [Docs. 9, 10]. He also complains he never received a form § 1983 complaint. Based on these representations, the Court will extend the cure deadline to December 21, 2018, and direct the Clerk's Office to resend the form.

**IT IS ORDERED** that the deadline for Plaintiff to submit an amended complaint on the proper form <u>and</u> prepay the $400 filing fee is extended through **December 21, 2018**.

**IT IS FURTHER ORDERED** that the Clerk's Office is directed to mail to Plaintiff, together with a copy of this Order, a form § 1983 civil rights complaint.

_____
**STEPHAN M. VIDMAR**
**United States Magistrate Judge**